## Imbrie Will.

Argued March 22, 1944. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

*Charles McC. Barrickman*, of *Buchanan & Barrickman*, for appellant.

*L. L. Ewing*, of *Reed & Ewing*, and *L. M. Sebring*, for appellees.

PER CURIAM, April 10, 1944:

The decree of the court below in the above-entitled case is affirmed, costs to be paid by the appellant.